## STATE

v.

## Francesco ZANGRILLI.

### No. 80–206–C.A.

Supreme Court of Rhode Island.

Oct. 15, 1981.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Francesco Zangrilli, pro se.

## ORDER

The defendant's motion requesting that we appoint counsel to represent him at oral argument is denied. However, defendant may, if he so desires, waive oral argument and submit this case for decision on the briefs alone.